McCurdy [00:29]:  Hello?

Glenn [00:30]: Hold on…Hello?

McCurdy [00:37]: Can you hear me?

Glenn [00:39]: Who is this?

McCurdy [00:42]: This Reggie…Reggie McCurdy

Glenn [00:45]: Okay. What you want?

McCurdy [00:50]: Can I talk to you about something right now?

Glenn [00:53]: Whats up?

McCurdy [00:55]: (Unintelligible) I'm just sayin'(unintelligible) like and everything. I just want to say I apologize and I got a way that I can get you out of this situation and shit. You ain't gotta do nothin', nothin' like that. Like I just want you to look at the information and if you wanna run with it. You don't gotta do nothin' though. You don't have to do shit. But just look at the information and tell me what you wanna do after that. I can send you everything, like the messages I got sent and everything and shit. You can get your uh plea took back. You can keep your (nicest?) life and everything

[1:26 – unintelligible]

[1:29] … I can send it in. but I want to send you this shit, and just look at it. That's all that matters to you.

[1:34 – unintelligible]

[1:36] I can have my mama send it to you and you can upload it and look at it. I can send the motions in and then you can look at it yourself but this shit is a right. It's a constitutional right

[1:47] I broke it down. Everything what they did. I ain't got no help for this shit. I got this shit broke down. Ya know I'm pro se. I'm my own litigant, I file my own motions and shit now. I just want you to look at it. You can just tell me if you want to do it or not. But I swear to God on my kids and on everything I love this shit is true though and can get your own case thrown out. I swear to God on everything I love.

Glenn [2:09]: Okay.

McCurdy [2:13]: All you have to do is like take pictures of everything and then put the drive outside, and then [2:18 – unintelligible] … is exactly how I was gonna cut (?)

Glenn [2:25]: Okay.

McCurdy [2:27]: ….gonna tell my mama and shit and I'm gonna send you everything, okay?

Glenn [2:34]: Okay.

McCurdy [2:36]: …I've been trying to tell my mama I love 'em and I miss the (twins?). I'm..I'm just tryin to fix it. And I appreciate everything, and I'm just sorry. That's what I'm trying to say. I'm just trying to fix it, and I'm sorry, and bye.

Glenn [2:55]: Alright.